WENDY M. KRINCEK, ESQ., Bar # 6417
MATTHEW T. CECIL, ESQ., Bar # 9525
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
mcecil@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLASS, an individual, | Case No. 2:17-cv-02134-APG-PAL |
| Plaintiffs, | |
| vs. | [PROPOSED] STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE (ECF No. 11) |
| DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, A Nevada limited liability company, DAVID PERISSET, an individual, and ROMAN THIEVIN, an individual, | |
| Defendant. | |

Plaintiff, Edward B. Douglas, and Defendants Dreamdealers USA, LLC, David Perisset, and Roman Thievin, by and through their attorneys of record hereby stipulate as follows:

Whereas, on October 4, 2017, the Parties filed a stipulated request for a settlement conference (ECF No. 7);

Whereas, on October 30, 2017, the Parties were ordered to participate a settlement conference before United States Magistrate Judge George Foley, Jr. on December 20, 2017 (ECF No. 11);

Whereas, Defendants' general counsel will be out of state and cannot appear on December 20, 2017; and

Whereas, Counsel for Defendants contacted United States Magistrate Judge George Foley,

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Jr.'s chambers to obtain alternative available dates, proposed those dates to Defendants, Defendant's carrier, Defendants' general counsel, and Plaintiff and identified a date where all are available.

Now therefore, based on the foregoing, the Parties stipulate to reschedule the settlement conference from December 20, 2017 to January 16, 2018 at 9:00 a.m.; and

It is further stipulated that the settlement conference statements be received in United States Magistrate Judge George Foley, Jr.'s chambers no later than January 9, 2018.

Dated: November 29, 2017

Respectfully submitted,

/s/ Dustin L. Clark
Dustin L. Clark, Esq.
Clark Law Counsel PLLC
5510 S. Fort Apache Rd., Ste 30
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

Dated: November 29, 2017

Respectfully submitted,

/s/ Matthew T. Cecil
Wendy M. Krincek, Esq.
Matthew T. Cecil, Esq.
Littler Mendelson, P.C.
3960 Howard Hughes Pkwy, Ste 300
Las Vegas, NV 89166
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

**DATED:** November 30, 2017

2.