1 | WENDY M. KRINCEK, ESQ., Bar # 6417
MATTHEW T. CECIL, ESQ., Bar # 9525
2 | LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
3 | Suite 300
Las Vegas, NV 89169-5937
4 | Telephone: 702.862.8800
Fax No.: 702.862.8811
5 | Email: wkrincek@littler.com
mcecil@littler.com

Attorneys for Defendants,
DREAMDEALERS USA, LLC d/b/a EXOTICS RACING,
DAVID PERISSET, and
ROMAN THIEVAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual, | Case No. 2:17-cv-02134-APG-PAL |
| Plaintiffs, | (Proposed) **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | (FIRST REQUEST) |
| DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, A Nevada limited liability company, DAVID PERISSET, an individual, and ROMAN THIEVIN, an individual, | |
| Defendant. | |

Pursuant to Local Rules 6-1 and 26-4, Defendants, DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, DAVID PERISSET, and ROMAN THIEVIN (hereinafter "Defendants"), and Plaintiff, EDWARD B. DOUGLAS ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate to amend the Discovery Plan and Scheduling Order (ECF No. 13) by extending the outstanding discovery deadlines for a period of one-hundred-and-twenty (120) days. This is the first request for an extension to the discovery plan and scheduling order in this matter. The requested extension is sought in good faith and not for purposes of undue delay.

**I.      COMPLIANCE WITH LR-26-4**

Local Rule 26-4 and the Discover Plan and Scheduling Order provide that the parties' request

to extend discovery must be submitted no later than 21 days prior to the date the parties seek to extend, otherwise the parties must show that the failure to timely submit the request was caused by excusable neglect. In this case, 21 days before the current April 2, 2018 discovery cutoff date is March 12, 2018. The parties timely submit this Stipulation on March 12, 2018.

## II. DISCOVERY COMPLETED TO DATE

The parties have exchanged initial disclosures pursuant to FRCP 26(a)(1). Plaintiff has propounded requests for production of documents and interrogatories, and Defendants have propounded requests for production of documents, interrogatories, and requests for admissions.

## III. DISCOVERY THAT REMAINS TO BE COMPLETED

The parties each need to respond to written discovery, and may need to propound additional written discovery. Defendants anticipate taking Plaintiff's deposition and may need to take other depositions or serve third party subpoenas depending on Plaintiff's discovery responses and deposition. Plaintiff anticipates taking depositions from Defendant Perisset, Defendant Theivin, and a 30(b)(6) witness from Defendant Dreamdealers. Plaintiff may need to take other depositions depending on Defendants' discovery responses and depositions. The Parties agreed to continue the responses to the outstanding written discovery while they were engaged in settlement discussions. Settlement discussion recommenced between the parties at the ENE, which was held on January 16, 2018, and have been ongoing in good faith since that date.

## IV. REASONS FOR EXTENSION TO COMPLETE DISCOVERY

Good cause exists to extend the discovery deadlines as requested. The Parties have been engaged in good faith settlement discussions since before the Complaint was filed. These discussions resumed during the ENE on January 16, 2018 and have continued in good faith since the ENE. The parties believe in good faith that there is a reasonable likelihood of settlement. Accordingly, the parties have not wanted to upset their progress with (potentially contentious and costly) discovery and motion practice.

If this matter does not settle, this extension is necessary to allow both parties ample time to complete all appropriate discovery. Specifically, additional time is needed to complete written discovery, subpoena third party records, and take depositions.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties believe that barring any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadlines.

**REVISED DISCOVERY PLAN**

1. Discovery Cut-Off Deadline

The discovery cut-off deadline shall be extended for 120 days from April 2, 2018 to Tuesday, July 31, 2018.

2. Dispositive Motions Deadline

The parties shall file dispositive motions 30 days after the extended discovery cut-off date, and therefore, not later than Thursday, August 30, 2018.

3. Joint Pretrial Order Deadline

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed 30 days after the date set for filing dispositive motions, and therefore, not later than Monday, October 1, 2018. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

4. Interim Status Report Deadline

The parties submitted an interim status report on Friday, June 1, 2018.

5. Extensions or Modification of the Discovery Plan and Scheduling Order:

In accordance with Local Rule 26-4, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least 21 days prior to the expiration of the subject deadline.

/ / /

/ / /

/ / /

/ / /

Accordingly, the parties stipulate, subject to the approval of this Court, to the following new deadlines:

| Deadline | Current Deadline | Revised Deadline |
|---|---|---|
| Interim Status Report | Wednesday, January 31, 2018 | Friday, June 1, 2018 |
| Discovery Cut-Off | Monday, April 2, 2018 | Tuesday, July 31, 2018 |
| Dispositive Motions | Tuesday, May 1, 2018 | Thursday, August 30, 2018 |
| Joint Pretrial Order | Thursday, May 31, 2018 | Monday, October 1, 2018 |

Dated: March 12, 2017

Respectfully submitted,

/s/ Dustin L. Clark
Dustin L. Clark, Esq.
Clark Law Counsel PLLC

Attorney for Plaintiff

Dated: March 12, 2017

Respectfully submitted,

/s/ Matthew T. Cecil
Wendy Medura Krincek, Esq.
Matthew T. Cecil, Esq.
Littler Mendelson, P.C.

Attorneys for Defendants

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 13, 2018

Firmwide:153246867.1 087825.1002

4.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800