WENDY M. KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
mbsmith@littler.com

Attorneys for Defendants
Dreamdealers USA, LLC d/b/a Exotics Racing,
David Perisset, and Roman Thievin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual, | Case No. 2:17-cv-02134-APG-PAL |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, A Nevada limited liability company, DAVID PERISSET, an individual, and ROMAN THIEVIN, an individual, | **(SECOND REQUEST)** |
| Defendant. | |

Pursuant to Local Rules 6-1 and 26-4, Defendants, DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, DAVID PERISSET, and ROMAN THIEVIN (hereinafter "Defendants"), and Plaintiff, EDWARD B. DOUGLAS ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate to amend the Discovery Plan and Scheduling Order (ECF No. 20) by extending the outstanding discovery deadlines for a period of thirty (30) days. This is the second request for an extension to the discovery plan and scheduling order in this matter. The requested extension is sought in good faith and not for purposes of undue delay.

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

## I. COMPLIANCE WITH LR-26-4

Local Rule 26-4 and the Discover Plan and Scheduling Order provide that the parties' request to extend discovery must be submitted no later than 21 days prior to the date the parties seek to extend, otherwise the parties must show that the failure to timely submit the request was caused by excusable neglect. In this case, 21 days before the current July 31, 2018 discovery cutoff date is July 10, 2018.

## II. DISCOVERY COMPLETED TO DATE

The parties have exchanged initial disclosures pursuant to FRCP 26(a)(1). The parties have propounded and responded to requests for production of documents and interrogatories, and the parties have scheduled depositions for all Plaintiff (July 20, 2018), Defendant Perisset (July 19, 2018), and witness Ashley Leach (July 13, 2018). Due to a family emergency, the deposition of Defendant Thievin has been postponed.

## III. DISCOVERY THAT REMAINS TO BE COMPLETED

The Parties may need to propound additional written discovery and meet and confer about current discovery responses, which may prompt the scheduling of additional depositions. The Parties agreed to continue the responses to the outstanding written discovery while they were engaged in settlement discussions. Settlement discussion recommenced between the parties at the ENE, which was held on January 16, 2018, and have been ongoing in good faith since that date.

## IV. REASONS FOR EXTENSION TO COMPLETE DISCOVERY

Good cause exists to extend the discovery deadlines as requested. The Parties have been engaged in good faith settlement discussions since before the Complaint was filed. These discussions resumed during the ENE on January 16, 2018 and have continued in good faith since the ENE. The parties believe in good faith that there is a reasonable likelihood of settlement. Accordingly, the parties have not wanted to upset their progress with (potentially contentious and costly) discovery and motion practice.

If this matter does not settle, this extension is necessary to allow both parties ample time to complete all appropriate discovery. Specifically, additional time is needed to complete written discovery, subpoena third party records, and take depositions.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Moreover, circumstances outside the Parties' control have further delayed the Parties' ability to complete discovery. Specifically, as stated above, Defendant Thievin currently has a family emergency which required him to travel outside the country. It is not clear at this point when he will be able to return. Additionally, Plaintiff's spouse has been ill, requiring Plaintiff's attention to shift from this litigation to her health.

The parties believe that barring any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadlines.

**REVISED DISCOVERY PLAN**

1. Discovery Cut-Off Deadline

The discovery cut-off deadline shall be extended for 30 days from July 31, 2018 to August 30, 2018.

2. Dispositive Motions Deadline

The parties shall file dispositive motions 30 days after the extended discovery cut-off date, and therefore, not later than October 1, 2018.

3. Joint Pretrial Order Deadline

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed 30 days after the date set for filing dispositive motions, and therefore, not later than October 31, 2018. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

4. Interim Status Report Deadline

The parties submitted an interim status report on Friday, June 1, 2018.

5. Extensions or Modification of the Discovery Plan and Scheduling Order:

In accordance with Local Rule 26-4, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least 21 days prior to the expiration of the subject deadline.

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Accordingly, the parties stipulate, subject to the approval of this Court, to the following new deadlines:

| Deadline | Current Deadline | Revised Deadline |
|---|---|---|
| Discovery Cut-Off | Tuesday, July 31, 2018 | Thursday, August 30, 2018 |
| Dispositive Motions | Thursday, August 30, 2018 | Monday, October 1, 2018 |
| Joint Pretrial Order | Monday, October 1, 2018 | Wednesday, October 31, 2018 |

Dated: July 10, 2018

Respectfully submitted,

/s/ Dustin L. Clark
DUSTIN L. CLARK, ESQ.
CLARK LAW COUNSEL PLLC

Attorneys for Plaintiff

Dated: July 10, 2018

Respectfully submitted,

/s/ Marcus B. Smith
WENDY M. KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: July 12, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:155752415.1 087825.1002

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800