1 | WENDY M. KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
2 | LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
3 | Suite 300
Las Vegas, NV 89169-5937
4 | Telephone: 702.862.8800
Fax No.: 702.862.8811
5 | Email: wkrincek@littler.com
mbsmith@littler.com

Attorneys for Defendants
Dreamdealers USA, LLC d/b/a Exotics Racing,
David Perisset, and Roman Thievin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual, | Case No. 2:17-cv-02134-APG-PAL |
| Plaintiffs, | |
| vs. | **PROPOSED STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE** |
| DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, A Nevada limited liability company, DAVID PERISSET, an individual, and ROMAN THIEVIN, an individual, | **(THIRD REQUEST)** |
| Defendant. | |

Pursuant to Local Rules 6-1 and 26-4, Defendants, DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, DAVID PERISSET, and ROMAN THIEVIN (hereinafter "Defendants"), and Plaintiff, EDWARD B. DOUGLAS ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate to amend the Discovery Plan and Scheduling Order (ECF No. 27) by extending the outstanding discovery deadlines for a period of forty-five (45) days. This is the third request for an extension to the discovery plan and scheduling order in this matter. The requested extension is sought in good faith and not for purposes of undue delay.

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

## I. COMPLIANCE WITH LR-26-4

Local Rule 26-4 and the Discover Plan and Scheduling Order provide that the parties' request to extend discovery must be submitted no later than 21 days prior to the date the parties seek to extend, otherwise the parties must show that the failure to timely submit the request was caused by excusable neglect. In this case, 21 days before the current October 1, 2018 dispositive motion deadline is September 10, 2018—today.

## II. DISCOVERY COMPLETED TO DATE

The parties have completed all discovery.

## III. DISCOVERY THAT REMAINS TO BE COMPLETED

Discovery is closed.

## IV. REASONS WHY THE DEADLINE WAS NOT SATISFIED OR THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN

All discovery has been completed within the time limits set by the discovery plan. The only remaining deadlines are (1) the deadline to file dispositive motions and (2) the deadline to submit a joint pre-trial order. Good cause exists to extend these remaining deadlines. The Parties only recently completed conducting depositions and exchanging supplemental discovery and, as such, additional time is needed to analyze the above and prepare dispositive motions. In addition, the length of the requested extension (45 days) is necessary because counsel for defendant is preparing for trial in October. Further, now that discovery has closed, the parties intend to resume settlement discussions.

The parties believe that barring any unforeseen circumstances, dispositive motions can be accomplished by the requested extended deadlines.

### REVISED DISCOVERY PLAN

1. <u>Dispositive Motions Deadline</u>

The parties shall file dispositive motions 45 days after the discovery cut-off date, and therefore, not later than November 15, 2018.

2. <u>Joint Pretrial Order Deadline</u>

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Pretrial Order shall be filed 30 days after the date set for filing dispositive motions, and therefore, not later than December 17, 2018. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

4. <u>Interim Status Report Deadline</u>

The parties submitted an interim status report on Friday, June 1, 2018.

5. <u>Extensions or Modification of the Discovery Plan and Scheduling Order</u>:

In accordance with Local Rule 26-4, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least 21 days prior to the expiration of the subject deadline.

/ / /

/ / /

/ / /

3.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Accordingly, the parties stipulate, subject to the approval of this Court, to the following new deadlines:

| Deadline | Current Deadline | Revised Deadline |
|---|---|---|
| Dispositive Motions | Monday, October 1, 2018 | Thursday, November 15, 2018 |
| Joint Pretrial Order | Wednesday, October 31, 2018 | Monday, December 17, 2018 |

Dated: September 10, 2018                            Dated: September 10, 2018

Respectfully submitted,                                    Respectfully submitted,


/s/ Dustin L. Clark                                               /s/ Marcus B. Smith
DUSTIN L. CLARK, ESQ.                               WENDY M. KRINCEK, ESQ.
CLARK LAW COUNSEL PLLC                       MARCUS B. SMITH, ESQ.
                                                                         LITTLER MENDELSON, P.C.
Attorney for Plaintiff
                                                                         Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that no further extensions will be allowed.

Dated: __September 12__, 2018.


_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:156957425.1 087825.1002

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800