WENDY M. KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
mbsmith@littler.com

Attorneys for Defendants
Dreamdealers USA, LLC d/b/a Exotics Racing,
David Perisset, and Roman Thievin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, A Nevada limited liability company, DAVID PERISSET, an individual, and ROMAN THIEVIN, an individual, <br><br> Defendant. | Case No. 2:17-cv-02134-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE AN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |

Plaintiff EDWARD B. DOUGLAS ("Plaintiff") and Defendants DREAMDEALERS USA, LLC D/B/A EXOTICS RACING, DAVID PERISSET, AND ROMAN THIEVIN ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff to file an opposition to Defendants' Motion for Summary Judgment (ECF No. 31) and for Defendants to file an opposition to Plaintiff's Motion for Summary Judgment (ECF No. 32) from the current deadline of December 6, 2018 up to and including **December 20, 2018**. The parties' respective motions for summary judgment were filed on November 15, 2018. Such an extension is necessary in order for the parties to prepare a proper response given intervening holidays and to accommodate the parties' attempt to engage in possible settlement negotiations.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1  This is the first request for an extension of time to file an opposition to the parties' respective
2  motions for summary judgment. This request is made in good faith and not for the purpose of delay.

Dated: December 5, 2018

Dated: December 5, 2018

Respectfully submitted,

Respectfully submitted,

/s/ Dustin L. Clark
DUSTIN L. CLARK, ESQ.
CLARK LAW COUNSEL PLLC

Attorney for Plaintiff

/s/ Marcus B. Smith
WENDY M. KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 6, 2018.

FIRMWIDE:160701814.1 087825.1002

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.