DUSTIN L. CLARK
Nevada State Bar # 10548
Clark Law Counsel PLLC
11700 W. Charleston Blvd., #170-479
Las Vegas, NV 89135
Phone: 702-540-9070
E-mail: dustin@clarklawcounsel.com
*Attorney for Plaintiff Edward B. Douglas*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual<br><br>Plaintiff,<br><br>v.<br><br>DREAMDEALERS USA, LLC d/b/a Exotics Racing, a Nevada limited liability company, DAVID PERISSET, an individual, and ROMAIN THIEVIN, an individual,<br><br>Defendants. | Case No. 2:17-cv-02134-APG-PAL<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

In accordance with Federal Rule of Civil Procedure 16(b)(4), LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-4, Plaintiff, EDWARD B. DOUGLAS ("Plaintiff"), and Defendants, DREAMDEALERS USA, LLC, DAVID PERISSET, and ROMAN THIEVIN (collectively "Defendants"), hereby agree and stipulate to extend the time for Plaintiff and Defendants to file responses in opposition to the counter-motions for summary judgment (ECF Nos. 31-32) from the current deadline of December 20, 2018 up to and including December 28, 2018. This is the second stipulation for extension of time to file responses in opposition to the counter-motions for summary judgment. The parties' respective motions for summary judgment (ECF Nos. 31-32) were filed on November 15, 2018.

Good cause exists to grant this stipulation and extend the response deadline to Friday, December 28, 2018. In particular, Plaintiff's legal counsel is dealing with ongoing health issues

1

that have been especially acute since early December 2018. Additionally, legal counsel for Plaintiff has been out of the office at times during this month for medical tests. Because of the personal nature of the illness, Plaintiff's counsel prefers not to detail his condition in this stipulation but is willing to provide a declaration in support hereof for in-chambers review or under seal if the Court so desires.

| | |
|---|---|
| DATED: December 20, 2018 | DATED: December 20, 2018 |
| Respectfully submitted, | Respectfully submitted, |
| CLARK LAW COUNSEL PLLC | LITTLER MENDELSON, P.C. |
| /s/ Dustin L. Clark<br>Dustin L. Clark<br>Attorney for Plaintiff | /s/ Wendy M. Krincek<br>Wendy M. Krincek<br>Marcus B. Smith<br>Attorney for Defendants |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 20, 2018.