DUSTIN L. CLARK
Nevada State Bar # 10548
Clark Law Counsel PLLC
11700 W. Charleston Blvd., #170-479
Las Vegas, NV 89135
Phone: 702-540-9070
E-mail: dustin@clarklawcounsel.com
*Attorney for Plaintiff Edward B. Douglas*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual<br><br>Plaintiff,<br><br>v.<br><br>DREAMDEALERS USA, LLC d/b/a Exotics Racing, a Nevada limited liability company, DAVID PERISSET, an individual, and ROMAIN THIEVIN, an individual,<br><br>Defendants. | Case No. 2:17-cv-02134-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff, EDWARD B. DOUGLAS ("Plaintiff"), and Defendants, DREAMDEALERS USA, LLC, DAVID PERISSET, and ROMAN THIEVIN (collectively "Defendants"), hereby agree and stipulate to extend the time for Plaintiff to file his reply in support of his motion for summary judgment, ECF No. 32, from the current deadline of January 11, 2019 up to and including January 16, 2019. While the Court previously extended the dispositive-motion cutoff once, ECF No. 30, and the opposition deadline twice, ECF Nos. 34 & 36, this is the first request to extend the time for Plaintiff to file his reply in support of his motion for summary judgment, which motion was filed on November 15, 2018.

Good cause exists to grant this stipulation and extend the response deadline from January 11, 2019 to January 16, 2019. In particular, Plaintiff's legal counsel is traveling out-of-state for

1

the funeral of his spouse's grandmother, and the requested extension is sought in good faith and not for purposes of undue delay.

| | |
|---|---|
| DATED: January 11, 2019 | DATED: January 11, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| CLARK LAW COUNSEL PLLC | LITTLER MENDELSON, P.C. |
| /s/ Dustin L. Clark | /s/ Marcus B. Smith |
| Dustin L. Clark | Wendy M. Krincek |
| Attorney for Plaintiff | Marcus B. Smith |
| | Attorney for Defendants |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: January 11, 2019.