WENDY M. KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
mbsmith@littler.com

Attorneys for Defendants
Dreamdealers USA, LLC d/b/a Exotics Racing,
David Perisset, and Roman Thievin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, A Nevada limited liability company, DAVID PERISSET, an individual, and ROMAN THIEVIN, an individual,<br><br>Defendant. | Case No. 2:17-cv-02134-APG-BNW<br><br>**PROPOSED STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1, IA 6-2, 7-1, and 26-4, Defendants, DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, DAVID PERISSET, and ROMAN THIEVIN, and Plaintiff, EDWARD B. DOUGLAS, by and through their respective attorneys of record, hereby stipulate for an extension of time to file the Joint Pretrial Order of November 25, 2019 to January 24, 2020. This is the second request for an extension to file the Joint Pretrial Order. The requested extension is sought in good faith and not for purposes of undue delay.

///

///

///

Good cause and excusable neglect exist because, in preparation for the Joint Pretrial Order, the parties have engaged in meet and confer efforts and supplemental discovery responses have been made, including Plaintiff's Second Supplemental Responses to Defendant's Interrogatories, Plaintiff's Third Supplemental Responses to Defendant's Requests for Production of Documents, and Plaintiff's Fourth Supplemental Responses to Defendant's Requests for Production of Documents, all of which are relevant to the joint pretrial order. Moreover, the parties have agreed to engage in further settlement negotiations, including the possibility of a formal mediation, and wish to avoid the additional expense of preparing the Joint Pretrial Order in order to conserve resources for potential settlement.

Dated: November 20, 2019

Respectfully submitted,

*/s/ Dustin L. Clark, Esq.*
DUSTIN L. CLARK, ESQ.
HOLLEY DRIGGS WALCH
FINE PUZEY STEIN & THOMPSON

Attorney for Plaintiff

Dated: November 20, 2019

Respectfully submitted,

*/s/ Marcus B. Smith, Esq.*
WENDY M. KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: November 21, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4819-3639-7736.1 087825.1002

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800