1  DUSTIN L. CLARK
   Nevada Bar No. 10548
2  E-mail: dclark@nevadafirm.com
   HOLLEY DRIGGS WALCH
3  FINE PUZEY STEIN & THOMPSON
4  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
5  Telephone: (702) 791-0308
   Facsimile: (702) 791-1912
6  *Attorneys for Plaintiff Edward B. Douglas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DREAMDEALERS USA, LLC d/b/a Exotics Racing, a Nevada limited liability company, DAVID PERISSET, an individual, and ROMAIN THIEVIN, an individual,<br><br>Defendants. | Case No. 2:17-cv-02134-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO MOTION TO RE-OPEN DISCOVERY [ECF No. 51]**<br><br>**(First Request)** |

Plaintiff, EDWARD B. DOUGLAS ("Plaintiff"), and Defendants, DREAMDEALERS USA, LLC, DAVID PERISSET, and ROMAN THIEVIN (collectively "Defendants"), hereby agree and stipulate to extend by two days the time for Plaintiff to respond to Defendants' Motion to Re-open Discovery, ECF No. 51, from the current deadline of January 21, 2020 up to and including January 23, 2020. This is the first request to extend the time for Plaintiff to respond to Defendants' Motion to Re-open Discovery, which was filed on January 7, 2020.

Good cause exists to grant this stipulation and extend the response deadline by two days. In particular, Plaintiff has been out of state attending medical appointments with his wife as she seeks treatment related to breast cancer and a traumatic brain injury. Plaintiff has also been out of state taking care of an elderly family member facing significant medical issues and requiring end-

of-life care.  Accordingly, the requested extension is sought in good faith and not for purposes of undue delay.

DATED: January 21, 2020

Respectfully submitted,

CLARK LAW COUNSEL PLLC

/s/ Dustin L. Clark
Dustin L. Clark
Attorney for Plaintiff

DATED: January 21, 2020

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ Marcus B. Smith
Wendy M. Krincek
Marcus B. Smith
Attorney for Defendants

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/22/2020