WENDY M. KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email:	wkrincek@littler.com
	mbsmith@littler.com

Attorneys for Defendants
Dreamdealers USA, LLC d/b/a Exotics Racing,
David Perisset, and Roman Thievin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, A Nevada limited liability company, DAVID PERISSET, an individual, and ROMAN THIEVIN, an individual,<br><br>Defendant. | Case No. 2:17-cv-02134-APG-BNW<br><br>**STIPULATION AND ORDER AWARDING FEES AND COSTS TO DEFEDANTS** |

Plaintiff EDWARD B. DOUGLAS ("Plaintiff") and Defendants DREAMDEALERS USA, LLC D/B/A EXOTICS RACING, DAVID PERISSET, AND ROMAN THIEVIN ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to award fees and costs to Defendants in the amount of $7,020.00.

On February 26, 2020, the Court held a hearing regarding Defendants' Motion to Compel Discovery (ECF No. 50) and Motion to Re-Open Discovery (ECF No. 51).  In ruling upon said Motions, the Court ordered Plaintiff to pay reasonable attorneys' fees and costs to Defendants in connection with the filing of said Motions. (ECF No. 68, Minutes of Proceedings; Transcripts of Proceedings at 18:15-23).  The Court further ordered the parties to meet and confer regarding what

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

constitutes reasonable attorneys' fees. (Transcripts of Proceedings at 18:15-23). The parties have done so and have agreed that $7,020.00 is reasonable. The parties have further agreed that Plaintiff shall pay this amount within thirty days of the entry of this Order Awarding Fees and Costs to Defendants.

Therefore, the parties stipulate and request that an award of $7,020.00 be awarded as reasonable attorneys' fees and costs, and that Plaintiff pay this amount to Defendants within thirty days of the entry of this Order.

Dated: May 5, 2020

Respectfully submitted,

*/s/ Dustin Clark*
DUSTIN L. CLARK, ESQ.
HOLLEY DRIGGS

Attorney for Plaintiff

Dated: May 5, 2020

Respectfully submitted,

/s/ *Marcus B. Smith*
WENDY M. KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: May 6, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4825-5365-0107.1 087825.1002

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800