WENDY M. KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:           wkrincek@littler.com
                     mbsmith@littler.com

Attorneys for Defendants
Dreamdealers USA, LLC d/b/a Exotics Racing,
David Perisset, and Roman Thievin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, A Nevada limited liability company, DAVID PERISSET, an individual, and ROMAN THIEVIN, an individual,<br><br>Defendant. | Case No. 2:17-cv-02134-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and IA 6-2, and LR 7-1 and 26-3, Defendants DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, DAVID PERISSET, and ROMAN THIEVIN, and Plaintiff EDWARD B. DOUGLAS, by and through their respective attorneys of record, hereby stipulate to continue the trial, which is currently scheduled for the stacked calendar of August 24, 2020, for at least sixty days to a date convenient to the Court.  This is the first request for an extension to continue the trial. The requested extension is sought in good faith and not for purposes of delay.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Per the Court's Minute Order (ECF No. 82), the parties have conferred with our respective clients, and each other, and stipulate and agree that this case will not be trial-ready for the August 24 trial stack. Specifically, one of Defendants' witnesses is presently unavailable to testify at trial, and other concerns, delays and inconveniences due to the COVID-19 pandemic.

Dated: July 31, 2020

Respectfully submitted,

*/s/ Dustin L. Clark*
DUSTIN L. CLARK, ESQ.
HOLLEY DRIGGS WALCH
FINE PUZEY STEIN & THOMPSON

Attorney for Plaintiff

Dated: July 31, 2020

Respectfully submitted,

*/s/ Marcus B. Smith*
WENDY M. KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

## ORDER

IT IS ORDERED: that the August 18, 2020 calendar call and August 24, 2020 trial dates are vacated. Calendar call is continued to October 27, 2020 at 8:45 a.m. and jury trial is continued to November 2, 2020 at 9:00 a.m. in LV Courtroom 6C before Judge Andrew P. Gordon.

**IT IS SO ORDERED.** Dated:

August 3, 2020.

_____
UNITED STATES DISTRICT JUDGE

4825-9674-6693.1 087825.1002

2.