DUSTIN L. CLARK
Nevada State Bar # 10548
Clark Law Counsel PLLC
11700 W. Charleston Blvd., #170-479
Las Vegas, NV 89135
Phone: 702-540-9070
E-mail: dustin@clarklawcounsel.com
*Attorney for Plaintiff Edward B. Douglas*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual<br><br>Plaintiff,<br><br>v.<br><br>DREAMDEALERS USA, LLC d/b/a Exotics Racing, a Nevada limited liability company, DAVID PERISSET, an individual, and ROMAIN THIEVIN, an individual,<br><br>Defendants. | Case No. 2:17-cv-02134-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1 and IA 6-2, and LR 7-1 and 26-3, Defendants DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, DAVID PERISSET, and ROMAN THIEVIN, and Plaintiff EDWARD B. DOUGLAS, by and through their respective attorneys of record, hereby stipulate to continue the trial, which is currently scheduled for the stacked calendar commencing Monday, November 2, 2020, for at least ninety days and up to 120 days to a date convenient for the Court. This is the second request for an extension to continue the trial.

. . .

. . .

. . .

. . .

1

. . .

The requested extension is sought in good faith and not for purposes of delay. Plaintiff's counsel is currently consulting medical professionals for treatment of an illness in November and December 2020, and possibly into early January 2021. Counsel for Plaintiff is currently undergoing a dissolution of marriage during these months as well.

For the foregoing reasons, the parties respectfully request a continuance of the trial setting by at least ninety days and up to as many as 120 days.

| Dated: October 8, 2020. | Dated: October 8, 2020. |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CLARK LAW COUNSEL PLLC | LITTLER MENDELSON, P.C. |
| /s/ *Dustin L. Clark* <br> Dustin L. Clark <br> *Attorney for Plaintiff* | /s/ *Wendy M, Krincek* <br> Patrick H. Hicks <br> Wendy M. Krincek <br> Marcus B. Smith <br> *Attorneys for Defendants* |

IT IS SO ORDERED.

The master trial scheduling calendar set for October 13, 2020 is vacated. The calendar call currently set for October 27, 2020 is vacated and continued to March 16, 2021 at 8:45 a.m. in LV courtroom 6C. The jury trial currently set for November 2, 2020 is vacated and continued to March 22, 2021 at 9:00 a.m. in LV courtroom 6C.

Dated: October 8, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE