WENDY M. KRINCEK, ESQ., Bar # 6417
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email:          wkrincek@littler.com
                     mbsmith@littler.com

Attorneys for Defendants
Dreamdealers USA, LLC d/b/a Exotics Racing,
David Perisset, and Roman Thievin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, A Nevada limited liability company, DAVID PERISSET, an individual, and ROMAN THIEVIN, an individual,<br><br>Defendant. | Case No. 2:17-cv-02134-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1 and IA 6-2, and LR 7-1 and 26-3, Defendants DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, DAVID PERISSET, and ROMAN THIEVIN, and Plaintiff EDWARD B. DOUGLAS, by and through their respective attorneys of record, hereby stipulate to continue the trial, which is currently scheduled for the stacked calendar of March 22, 2021, for at least ninety days to a date convenient to the Court.  This is the third request for an extension to continue the trial.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The requested extension is sought in good faith and not for purposes of delay. The parties understand that there are delays in jury trials due to the Covid-19 pandemic, and it is in question when this matter may actually proceed to trial. The parties have agreed to submit the matter to mediation before the Honorable Peggy A. Leen (Ret.), and will be requesting potential mediation dates for mid-to-late March 2020. Thus, the parties need additional time to allow the settlement process to occur. Additionally, Plaintiff's counsel is continuing to receive treatment for an illness and needs additional time to consult medical professionals and receive additional treatment.

Dated: February 8, 2021

Respectfully submitted,

/s/ Dustin L. Clark
DUSTIN L. CLARK, ESQ.

Attorney for Plaintiff

Dated: February 8, 2021

Respectfully submitted,

/s/ Marcus B. Smith
WENDY M. KRINCEK, ESQ.
MARCUS B. SMITH, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants

ORDER

The stipulation to continue trial ECF No. (90) is granted. The March 16, 2021 calendar call is vacated and continued to August 3, 2021 at 8:45 a.m. The March 22, 2021 trial date is vacated and continued to August 9, 2021 at 9:00 a.m. in LV Courtroom 6C.

IT IS SO ORDERED:

Dated: February 8, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800