WENDY M. KRINCEK, ESQ., Bar # 6417
KELSEY STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email:	wkrincek@littler.com
	kstegall@littler.com

Attorneys for Defendants
DREAMDEALERS USA, LLC D/B/A EXOTICS RACING, DAVID PERISSET, AND ROMAN THIEVIN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD B. DOUGLAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, A Nevada limited liability company, DAVID PERISSET, an individual, and ROMAN THIEVIN, an individual,<br><br>Defendant. | Case No. 2:17-cv-02134-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff EDWARD B. DOUGLAS ("Plaintiff") and Defendants DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, DAVID PERISSET, and ROMAN THIEVIN ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: June 16, 2021

Respectfully submitted,

*/s/ Dustin L. Clark, Esq.*
DUSTIN L. CLARK, ESQ.

Attorney for Plaintiff
EDWARD B. DOUGLAS

Dated: June 16, 2021

Respectfully submitted,

*/s/ Wendy M. Krincek, Esq.*
WENDY M. KRINCEK, ESQ.
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, DAVID PERISSET, and ROMAN THIEVIN

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: June 16, 2021

4831-9049-7254.1 / 087825-1002

2.